August 3, 2017



# JUDGMENT

# The Fourteenth Court of Appeals

VITOL, INC., Appellant

NO. 14-16-00584-CV                    V.

HARRIS COUNTY APPRAISAL DISTRICT, Appellee

_____

This cause, an appeal from the judgment of dismissal for lack of jurisdiction in favor of appellee, Harris County Appraisal District, signed July 1, 2016, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

We order appellant, Vitol, Inc., to pay all costs incurred in this appeal.

We further order this decision certified below for observance.